IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALMONT INDUSTRIES, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>JOAO REBEQUI, an individual;<br><br>        Defendant. | 8:25CV161<br><br>**ORDER OF DISMISSAL** |

    Pursuant to the parties' stipulation, Filing No. 42, and the Permanent Injunction entered on today's date, it is hereby ordered that all claims and counterclaims in this case are dismissed with prejudice. However, the Court shall retain jurisdiction of this matter and these parties for the purpose of enforcing the Order of Permanent Injunction.

    Dated this 7th day of October, 2025.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge